

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Diversitex Inc.,
          Plaintiff,

V.                                              Civil Action No.1:12CV1017

Steps, Inc.,
          Defendant.

## ORDER

     A Fed. R. Civ. P. 16(b) PRETRIAL CONFERENCE will be held on Wednesday, at 11:00 a.m. on December 26, 2012 before Magistrate Judge Jones.

     The parties shall confer prior to this conference to consider the claims, defenses, possibilities of a prompt settlement or resolution of the case, trial before a Magistrate Judge, to arrange for the disclosures required by Rule 26(a)(1), and develop a discovery plan which will complete discovery by <u>Friday, April 12, 2013</u>. Proposed discovery plans must be filed by the <u>Wednesday one week before the Rule 16(b) conference</u>.

     All parties shall file an answer within twenty (20) days. Discovery may begin upon receipt of this order. A party may not exceed five (5) non-party, non-expert witness depositions nor serve on any other party more than thirty (30) interrogatories, including parts and subparts, without leave of court.

     The FINAL PRETRIAL CONFERENCE will be held on Thursday, <u>April 18, 2013</u> at 10:00 a.m..

     The parties must <u>electronically file on or before</u> the final pretrial conference the Rule 26(a)(3) disclosures and a list of the exhibits to be used at trial, a list of the witnesses to be called at trial and a written stipulation of uncontested facts. The exhibits themselves or a copy should be exchanged with opposing counsel before the conference. Objections to exhibits must be filed within 10 days after the conference; otherwise the exhibits shall stand admitted in evidence. The original exhibits shall be delivered to the clerk as provided by Local Rule 79(A). <u>Non-expert witnesses and exhibits not so disclosed and listed will not be permitted at trial except for impeachment or rebuttal, and no person may testify whose identity, being subject to disclosure or timely requested in discovery, was not disclosed in time to be deposed or to permit the substance of his knowledge and opinions to be ascertained.</u>

     The trial of this case will be set for a day certain, within 4-8 weeks of the final pretrial conference.

**PERSONAL IDENTIFIERS MUST BE REDACTED FROM ALL PUBLICLY FILED PLEADINGS AND EXHIBITS IN ACCORDANCE WITH LOCAL RULE 7(C).**

                                                   /s/
                                       Claude M. Hilton
                                    United States District Judge

December 6, 2012
Alexandria, Virginia
This order is being mailed or e-mailed to local counsel.